

# TRIVELLA & FORTE, LLP

1311 MAMARONECK AVENUE, SUITE 170
WHITE PLAINS, NEW YORK 10605
(914) 949-9075

February 26, 2020

**SO ORDERED**

The February 27, 2020 conference is adjourned to April 16, 2020 at 9:30 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

*VIA ECF and Mail(courtesy copy):*
Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St. Courtroom: 11A
New York, NY 10007-1312

Re: *NYCDCC v. DiMaio Millwork Corp.* - -19 cv 5429 **Defendants' Motion on Consent to Adjourn 2/27/20 Initial Conference to a date in April, 2020**

Dear Judge Daniels:

This office represents Defendants. Defendants respectfully request the Court adjourn the February 27, 2020 Initial conference to a date in April, 2020. Plaintiffs' counsel consents to the extension. The parties have filed a case management plan. The parties have no issue which requires a Court conference at this time. Defendants would like to avoid billing the client for the Court appearance on February 27, 2020 while the parties continue to discuss settlement. The initial conference was previously adjourned once. No prejudice to any party results from an adjournment. No other dates in the case management plan need to be changed if this request is granted.

Thank you for the Court's kind attention to this matter. Please notify this office of the Court's decision.

Respectfully submitted,

**TRIVELLA & FORTE, LLP**

*/s/Christopher A. Smith*_____

cc: A. Grancio, Esq., Virginia & Ambinder, LLP (Plaintiffs' attorneys)(via ECF).