UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND; TRUSTEES OF THE
NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS RELIEF AND CHARITY FUND;
THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR-MANAGEMENT
CORPORATION,

                        Plaintiffs,

   -against-

DIMAIO MILLWORK CORP.,

                        Defendant.

------------------------------------------------------------- x

ORDER

19 Civ. 5429 (GBD)

GEORGE B. DANIELS, District Judge:

    The December 10, 2020 status conference is adjourned. The parties will appear for an initial conference on January 7, 2020 at 9:30 a.m.

Dated: December 3, 2020
       New York, New York

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE