**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TRUSTEES OF THE NEW YORK CITY          :
DISTRICT COUNCIL OF CARPENTERS         :
PENSION FUND, WELFARE FUND, ANNUITY    :
FUND, AND APPRENTICESHIP,              :
JOURNEYMAN RETRAINING, EDUCATIONAL :
AND INDUSTRY FUND; TRUSTEES OF THE     :
NEW YORK CITY DISTRICT COUNCIL OF      :
CARPENTERS RELIEF AND CHARITY FUND;    :
THE NEW YORK CITY AND VICINITY         :
CARPENTERS LABOR-MANAGEMENT            :
CORPORATION,                           :
                                       :
                    Plaintiffs,        :
          -against-                    :
                                       :
DIMAIO MILLWORK CORP.,                 :
                                       :
                    Defendant.         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

                    ORDER

              19 Civ. 5429 (GBD)

GEORGE B. DANIELS, District Judge:

The February 25, 2021 initial conference is cancelled. The parties will appear for a status

conference on June 3, 2021 at 9:30 a.m.

Dated: February 22, 2021
       New York, New York

                              SO ORDERED.

                              _George B. Daniels_
                              GEORGE B. DANIELS
                              UNITED STATES DISTRICT JUDGE